UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TANYA S. COLEMAN,

    Plaintiff,

  v.

MICHAEL ASTRUE, Commissioner of Social Security Administration,

    Defendant.

CASE NO.   C07-5406FDB

ORDER ADOPTING REPORT AND RECOMMENDATION AND AFFIRMING ALJ'S DECISION

    Plaintiff, born in 1965, and having a tenth grade education and one month of work history as a fast-food service attendant in 2003, claims disability since October 30, 2003 due to "a whole lot of pain constantly.  I have some social defects and I have pain constantly."  (TR 951) The Magistrate Judge recommends that the Administrative Law Judge be affirmed, the ALJ having properly discounted Plaintiff's testimony regarding the severity of her impairments.  The Plaintiff objects, arguing essentially as she had before the Magistrate Judge, and the Court is not persuaded by her arguments.

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, objections to the report and recommendation, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The administrative decision is AFFIRMED; and

    (3)    The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 29th day of May 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1